William J. Prussia, as Overseer of the Poor, Respondent, v. George Guenther, Appellant.

—Judgment affirmed on the opinion of the county judge. Haight, J., not sitting.